Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHUSTER, | Case No.: 4:15-cv-482 KAW |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT LLNS HEALTH AND WELFARE BENEFIT PLAN FOR EMPLOYEES WITH PREJUDICE; [~~PROPOSED~~] ORDER DISMISSING LLNS HEALTH AND WELFARE BENEFIT PLAN FOR EMPLOYEES WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LAWRENCE LIVERMORE NATIONAL SECURITY LLC HEALTH PLAN, | |
| Defendants. | |

Plaintiff John Schuster and Defendant LLNS Health & Welfare Benefit Plan for Employees ("LLNS") (erroneously named in the Complaint as Lawrence Livermore National Security LLC Health Plan), by and through their respective counsel of record, hereby stipulate the Defendant LLNS shall be dismissed with prejudice as a defendant in this action, with Plaintiff and LLNS to bear their own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Case No.: 4:15-cv-482 KAW                             1                             **STIPULATED REQUEST FOR DISMISSAL OF LLNS WITH PREJUDICE; [PROPOSED] ORDER DISMISSING LLNS WITH PREJUDICE**

Dated: April 23, 2015

                                                BOLT KEENLEY KIM LLP

                                                By: /s/ Brian H. Kim
                                                      Brian H. Kim
                                                      Attorneys for Plaintiff

Dated: April 23, 2015                       LAWRENCE LIVERMORE NATIONAL LABORATORY

                                                By: */s/* Jennifer K. Achtert
                                                        Jennifer K. Achtert
                                                         Attorneys for Defendant LLNS Health & Welfare Benefit Plan for Employees

**[PROPOSED] ORDER DISMISSING DEFENDANT LLNS AS A DEFENDANT WITH PREJUDICE**

      Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties stipulation and hereby ORDERS that Defendant LLNS Health & Welfare Benefit Plan for Employees ("LLNS") (erroneously named in the Complaint as Lawrence Livermore National Security LLC Health Plan), shall be dismissed with prejudice as a defendant in this action, with Plaintiff and LLNS to bear their own costs, expenses, and attorneys' fees.

      IT IS SO ORDERED.

Dated: 4/24/15

                                                         Hon. Kandis A. Westmore
                                                         United States Magistrate Judge