UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| JOHN SCHUSTER,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; LAWRENCE LIVERMORE NATIONAL SECURITY LLC HEALTH PLAN,<br><br>    Defendants. | Case No. 4:15-cv-00482-KAW<br><br>(~~PROPOSED~~) **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: 7/1/15

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE